JS-6

Nestor Romero (SBN 355535)
nestor@handslawgroup.com
Frederick Chernoff (SBN 342412)
fred@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Pegah Shahriari (SBN 258225)
pegah@handslawgroup.com
Erik H. Whitman (SBN 297397)
erik@handslawgroup.com

The Law Office of Hakimi & Shahriari
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250

Attorneys for Plaintiff,
Joi Parker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joi Parker, an individual,<br>Plaintiff,<br>v.<br><br>HOOVER CAPITAL GROUP, LLC, a California limited liability company; BIG TIME BURGERS, a business of unknown form; YUM YUM DONUTS, a business of unknown form; and DOES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-07947-PA-KS<br><br>Assigned to: Hon. Percy Anderson<br><br>**ORDER GRANTING IN PART JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT** |

Having considered the Joint Stipulation of Dismissal Without Prejudice and Request for Retention of Jurisdiction to Enforce Settlement (the "Stipulation") filed by Plaintiff Joi Parker and Defendants Hoover Capital Group, LLC, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is **DISMISSED WITHOUT PREJUDICE** in its entirety as to all Defendants, including DOES 1–10.

3. The Court **DECLINES TO RETAIN JURISDICTION** over this action and the Parties for the purpose of enforcing the terms of the Parties' written settlement agreement dated November 2, 2026 (the "Settlement Agreement").

4. Except as otherwise provided in the Settlement Agreement, each Party shall bear its own attorneys' fees and costs.

5. All pending dates and deadlines are **VACATED**.

**IT IS SO ORDERED.**

Dated: November 9, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE